☐ ORiGiNAL

*The government is directed to Respond to the attached motions for return of property,*

*by December 14, 2009*

*So ordered.   S/Judge Ross        USDJ*

*12/4/09*

*cc: AUSA Elizabeth Geddes*

*Mr. White*

FROM: Ronnie White
REG. NO: 63959-053
FCI Otisville
P.O. BOX 1000
Otisville, New York 10963

RECEIVED
DEC - 4 2009
PRO SE OFFICE

TO: Honorable Judge Allyne R. Ross
    United States District Court
    Eastern District of New York
    225 CADMAN Plaza
    Brooklyn, New York 11201-1818

Date: November 23, 2009

RE: United States V. Ronnie White
Docket No: 06-381 (ARR)


     I Ronnie White is Requesting for your
Assist in Recovering my Property that was taken from
me on may 10, 2006 from Bureau of A.T.F Agent
"Kenneth Crotty"... I've Spoken with my Attorney "Mark.S
Demarco" on many Occasion About this matter, But this
issue has gone unresolve Over 2 years now! I Have
Sign A Release Property form from "Ms. AUSA Elizabeth Geddes"
(The office of the United States Attorney) to Allow my
mother "Patricia Glenn" to have permission to Accept my
Property. With All Due with Respect, If it's possible

Can you take this MATTER into Consideration
I would gladly Appreciated.

Respectfully Submitted

Ronnie White 63959-053
Ronnie White 63959-053

# UNITED STATES DISTRICT COURT
## DISTRICT OF ~~Maryland~~ Eastern

UNITED STATES OF AMERICA )
)
VS. )
)
Ronnie White )                    CASE No.
)
)                    CR-06-381 (Arr).
_____ )

## CERTIFICATE OF SERVICE

I, _Ronnie White_____, hereby certify that I served the
foregoing Motion for Return of Property Pursuant to Rule 41(e) by mailing a copy of same to
Assistant United States Attorney ~~the~~ _Ausa Elizabeth Geddes_ Esquire, for the District of
_Eastern District_____, at _Brooklyn Newyork 11201_,
on the date indicated below.

_Ronnie White_____
_Ronnie White_____
                           , Pro Se
Reg. No. _63959-053_____
Date: _11-28-09_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF ~~MISSOURI~~ Easter?

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff** | ) | |
| | ) | |
| **VS.** | ) | **CASE No.** CR-06-381 (Arr) |
| Ronnie WHITE | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR RETURN
## OF PROPERTY PURSUANT TO RULE 41(e)

The defendant, Ronnie White , hereby respectfully moves this Honorable Court pursuant to Federal Rules of Criminal Procedure, Rule 41(e), to order the return of his/her below described property seized from Ronnie White on or about May 10, 2006... My Watch, Earrings, Driver license, Cell phone, Money and car keys.

_____

_____

_____

_____

_____

_____

_____

As reason therefore, defendant states that the said property was seized illegally or is not intended or no longer required as evidence in the instant case and the government has not moved for forfeiture.

Respectfully submitted,

Ronnie White
Ronnie White

**Pro SE**

Reg. No. 63959-053

# UNITED STATES DISTRICT COURT
## DISTRICT OF <u>NEW York</u>

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 3 0 2009 ★

BROOKLYN OFFICE

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**VS.**<br><br>Ronnie WHite<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE No. CR-06-381

## DEFENDANT'S MOTION FOR RETURN
## OF PROPERTY PURSUANT TO RULE 41(e)

The defendant, <u>Ronnie White</u>, hereby respectfully moves this Honorable Court pursuant to Federal Rules of Criminal Procedure, Rule 41(e), to order the return of his/her below described property seized from <u>Ronnie White</u> on or about <u>MAY .10, 2006... My Watch, Earrings, Driver license, Cell phone, Money and Car keys.</u>

As reason therefore, defendant states that the said property was seized illegally or is not intended or no longer required as evidence in the instant case and the government has not moved for forfeiture.

Respectfully submitted,

*Ronnie White*

Ronnie WHite
, **Pro SE**

Reg. No. 63959-053

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEWYORK

UNITED STATES OF AMERICA )
)
VS. )
) CASE No. CR-06-381
Ronnie White )
)
)

## CERTIFICATE OF SERVICE

I, Ronnie White _____, hereby certify that I served the foregoing Motion for Return of Property Pursuant to Rule 41(e) by mailing a copy of same to Assistant United States Attorney _____, Esquire, for the District of Eastern District _____, at Brooklyn NewYork 11201, on the date indicated below.

Ronnie White
Ronnie White _____
, Pro Se

Reg. No. 63959-053
Date: 7-28-09

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW York

Clerk of Court

**United States District Court**

**District of** NEW York

225 CADMAN PLAZA EAST

Brooklyn . NEWYork 11201

**Attn: Pro Se Clerk**

**RE: United States of America  VS.** Ronnie White

**Case No.** CR-06-381

Dear Sir/Madam:

Enclosed herewith for filing in the referenced matter, please find Defendant's Motion for Return of Property pursuant to Rule 41(e) and Certificate of Service.

**Kindly send my property to:** Patricia Glenn at 180 Troy Avenue Apt 6E

Brooklyn. NEW York 11213

Thank you, for your kind attention to this matter. Please advise.

Very truly yours,

Ronnie White

Ronnie White

encls

July 27, 2009
THE Honorable Judge Allyne A. Ross
Eastern District of New York
225 CADMAN PlAZA East
Brooklyn New York 11201

Dear Honor Judge Ross,

I Ronnie White is Requesting
your Assist in Recovering my property
that was taken on May 2006 from
A.T.F. Agent "Crospy"... I'D spoken with
my Attorney "Mark DeMarco" Many Occasion
About this Matter, But the issue has
gone unresolve over a year 1/2 ago. I Did
sign a Release Form Granting my Mother
Patricia Glenn Authority to pick up my
property The DAY I've got Sentence on June 2008.
If it's possible can you take this Matter
into consideration I would gladly Appreciated.

Sincerely,

Ronnie White 63959-053
Ronnie White 63959-053

Ronnie White 63959-053
MDC Brooklyn
Brooklyn New York 11232
P.O.Box 329002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF** ~~BROOKLYN~~ *EASTERN*

Clerk of Court

United States District Court

District of _NEW YORK_

_225 CADMAN PLAZA EAST 8FL_

_Brooklyn . NEW YORK 11201_

Attn: Pro Se Clerk

RE: United States of America VS. _Ronnie White_          Case No.

_CR-06-381 (ARR)_

Dear Sir/Madam:

Enclosed herewith for filing in the referenced matter, please find Defendant's Motion for Return of Property pursuant to Rule 41(e) and Certificate of Service.

Kindly send my property to: _Patricia Glenn at 180 Troy Avenue Apt 6E_
_Brooklyn. NEW YORK 11213_

Thank you, for your kind attention to this matter. Please advise.

Very truly yours,

_Ronnie White_
_Ronnie White_

encls

NAME Ronnie White
REGISTER NO. 63959-053
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 1000
OTISVILLE, NY 10963

WESTCHESTER NY 105

01 DEC 2009 PM 5 T

USA

63959-053
HON ALLYNE R ROSS
Eastern District OF Newyo
225 Cadman Plaza EAST 8FL
Brooklyn, NY 11201
United States